**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BILL COCHRAN HAULING, INC., et al.,

    Plaintiff(s),

v.    CASE NO: 8:05-CV-910-T-30MAP

CITY OF TARPON SPRINGS, FLORIDA,
et al.,

    Defendant(s).
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants motions to dismiss (Dkts. #7 and #9) and Plaintiffs' response (Dkt. #15). The Court, having considered the motions and response, and being otherwise fully advised, finds that the motions should be granted and Plaintiffs given the opportunity to amend their complaint.

It is therefore ORDERED AND ADJUDGE that:

1. Defendant City of Tarpon Springs Motion to Dismiss (Dkt. # 7) is GRANTED.
2. Defendant William Motley's Motion to Dismiss (Dkt. # 9) is GRANTED.
3. Plaintiffs may file an amended complaint in accordance with this Order on or before September, 8, 2005.

**DONE** and **ORDERED** in Tampa, Florida on August 29, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Parties/Counsel of Record

S:\Even\2005\05-cv-910.mtd.wpd